*E-FILED - 3/16/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>FRANCISCO TORRES FELIX,<br><br>            Defendant. | NO. CR-07-00106-RMW<br>NO. C-12-00999-RMW<br><br>ORDER RE MOTION TO REDUCE SENTENCE |

    Defendant seeks to reduce his sentence because the court, he claims, failed to apply 18 U.S.C., Section 3553(a)(6) when it imposed his sentence. The motion is denied.

DATED: 3/16/12

                                                                                                                                                                        /s/ Ronald M. Whyte

                                                          RONALD M. WHYTE<br>                                                          United States District Judge

| | |
|---|---|
| 1 | COPY OF ORDER MAILED ON MARCH 16, 2012 TO: |
| 2 | Francisco Torres Felix<br>Reg. No. & Qtrs. 10634-111 |
| 3 | Federal Mecial Center<br>PMB 4000 |
| 4 | Rochester, MN 55903-4000 |
| 5 |     Pro Se Petitioner |
| 6 | Hartley M. K. West<br>Assistant United States Attorney |
| 7 | 450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| 8 | |
| |     Attorney for United States of America |
| 9 | |
| 10 | BY: /s/ JG<br>Courtroom Deputy |